*E-FILED - 7/24/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **HOMERO GOMEZ,** | C 06-5496 RMW (PR) |
| Petitioner, | **ORDER GRANTING FIRST EXTENSION OF TIME TO FILE RESPONSE** |
| **v.** | |
| **MIKE KNOWLES, Warden** | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that respondent is granted an enlargement of time, to and including September 19, 2008, to file a response to the petition for writ of habeas corpus.

DATED: _7/24/08_____

_Ronald M. Whyte_____
RONALD M. WHYTE
United States District Judge