*E-FILED - 9/24/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **HOMERO GOMEZ,**<br><br>                                    Petitioner,<br><br>   v.<br><br>**MIKE KNOWLES, Warden**<br><br>                                    Respondent. | C 06-5496 RMW (PR)<br><br>**ORDER GRANTING SECOND EXTENSION OF TIME TO FILE RESPONSE** |

GOOD CAUSE APPEARING, it is hereby ordered that respondent is granted an enlargement of time, to and including November 18, 2008, to file a response to the petition for writ of habeas corpus.

DATED:  9/24/08

*Ronald M. Whyte*
RONALD M. WHITE
United States District Judge