***E-FILED - 3/18/09***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMERO GOMEZ, ) | No. C 06-5496 RMW (PR) |
| ) | |
| Petitioner, ) | JUDGMENT |
| vs. ) | |
| ) | |
| MIKE KNOWLES, Warden, ) | |
| ) | |
| Respondent. ) | |

The court has granted respondent's motion to dismiss this petition. Therefore, judgment is entered in favor of respondent. Petitioner shall take nothing by way of his petition. The clerk shall close the file.

IT IS SO ORDERED.

DATED: __3/16/09__           _/s/ Ronald M. Whyte_
                             RONALD M. WHYTE
                             United States District Judge

Judgment
P:\PRO-SE\SJ.Rmw\HC.06\Gomez496jud.wpd           1